**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-2068**

───────────

LORENZO DOMINIC RICHARDSON,

Plaintiff - Appellant,

v.

GERALD BAKER; JET INSURANCE COMPANY; ON POINT RISK SOLUTIONS; ADAM B. MIDGETTE; THOMAS L. TEAL; TIM C. JARVIS; J.R. MOORE; DAVID S. BRANNON; WAKE COUNTY SHERIFF'S OFFICE; GARNER POLICE DEPARTMENT; SAM HAMADANI, individual and official capacity as Judge; JUDICIAL BRANCH OF NC; C.T. JONES,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00537-FL)

───────────

Submitted:  March 26, 2026                    Decided:  March 30, 2026

───────────

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Dismissed in part and affirmed in part by unpublished per curiam opinion.

───────────

Lorenzo Dominic Richardson, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Dominic Richardson seeks to appeal the district's court orders dismissing his civil action, denying his fourth post-judgment motion, and enjoining him from further filings in that case. We dismiss the appeal as to both the district court's judgment dismissing Richardon's civil action and the order denying his post-judgment motion because the notice of appeal was not timely filed as to that judgment or order. In civil cases, parties have 30 days after entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The district court entered its judgment of dismissal on November 7, 2024, and the appeal period expired on December 9, 2024.[*] The district court entered its order denying Richardson's fourth post-judgment motion on July 23, 2025, and the appeal period expired on August 22, 2025. Richardson filed the notice of appeal on September 5, 2025. Because Richardson failed to file a timely notice of appeal or to obtain an extension or reopening of the applicable appeal periods, we dismiss the appeal as to both the November 7, 2024 judgment and the July 23, 2025 order.

Richardson did file a timely notice of appeal from the district court's August 18, 2025 order enjoining Richardson from further filings in that case. We have reviewed the

---

[*] The 30-day period expired on a Saturday; thus, Richardson had until Monday, December 9, 2024, to file his appeal. Fed. R. App. P. 26(a)(1)(C).

record and discern no reversible error.  Accordingly, we affirm the district court's order.

*Richardson v. Baker*, No. 5:24-cv-00537-FL (E.D.N.C. Aug. 18, 2025).  We dispense with

oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*